| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter **7** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | Nourish Foods, LLC | |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | Nourish Snacks, Inc. | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 83-4367594 | |
| **4.** | **Debtor's address** | **Principal place of business**  168B Irving Avenue, Ste 303C  Port Chester, NY 10573  Number, Street, City, State & ZIP Code  Westchester  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | nourishsnacks.com | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor  **Nourish Foods, LLC**  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **4244**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor **Nourish Foods, LLC**      Case number (*if known*) _____
   Name

---

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Nourish Foods, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 10, 2019**
                MM / DD / YYYY

X **/s/ James M. Breen**                             **James M. Breen**
Signature of authorized representative of debtor     Printed name

Title    **CEO**

**18. Signature of attorney**

X **/s/ Sanford P. Rosen**                    Date **December 10, 2019**
Signature of attorney for debtor                   MM / DD / YYYY

**Sanford P. Rosen (SR-4966)**
Printed name

**Rosen & Associates, P.C.**
Firm name

**747 Third Avenue, Floor 20**
**New York, NY 10017-2803**
Number, Street, City, State & ZIP Code

Contact phone    **(212) 223-1100**        Email address    **srosen@rosenpc.com**

**(SR-4966) NY**
Bar number and State

.

181 WESTCHESTER LLC
181 WESTCHESTER AVE
PORT CHESTER, NY 10573


98PT6
9 DESBROSSES STREET, STE 301
NEW YORK, NY 10013


ADVANTAGE SALES & MARKETING LLC
18100 VON KARMAN, STE 1000
IRVINE, CA 92612


ALBERTSONS INC.
11555 DUBLIN CANYON WAY
PLEASANTON, CA 94588


ANCHIN BLOCK & ANCHIN LLP
1375 BROADWAY
NEW YORK, NY 10018


AT&T
1025 LENOX PARK BLVD.
ATLANTA, GA 30319


BARNES & NOBLE COLLEGE BOOKSELLERS, LLC
120 MOUNTAINVIEW BLVD.
BASKING RIDGE, NJ 07920


C.H. ROBINSON WORLDWIDE, INC.
14701 CHARLSON ROAD
EDEN PRAIRIE, MN 55347


CL&D GRAPHICS
535 NORTON DRIVE, P.O. BOX 567
HARTLAND, WI 53029


CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808


CSC HOLDINGS, LLC
1111 STEWART AVENUE
BETHPAGE, NY 11714

FOODBUY, LLC
2400 YORKMONT RD.
CHARLOTTE, NC 28217


GOURMET GROWTH LLC
836 HEMPSTEAD AVE
WEST HEMPSTEAD, NY 11552


IBOTTA INC.
1660 17TH STREET, STE 201
DENVER, CO 80202-1000


IDEAL SNACKS CORP.
89 MILL STREET LIBERTY
LIBERTY, NY 12754


INDUSTRYBUILT SOFTWARE
1275 GLENLIVET DRIVE, STE 100
ALLENTOWN, PA 18106


INMAR INC.
635 VINE STREET
WINSTON SALEM, NC 27101


JOHN B. SANFILIPPO & SON INC.
1703 N. RANDALL RD.
ELGIN, IL 60123


JPG RESOURCES
223 EAST ROOSEVELT AVE.
BATTLE CREEK, MI 49037


JPMORGAN CHASE BANK, N.A.
BANKRUPTCY NOTICE & RECORDS CENTER
700 KANSAS LANE
MONROE, LA 71203


MAGGIORE'S SALES & MARKETING INC.
15 LINCOLN ST, # 166
WAKEFIELD, MA 01880


MIDWEST WAREHOUSE & DISTRIBUTION SYSTEM
2600 INTERNATIONALE PARKWAY
WOODRIDGE, IL 60517

```
PRYOR CASHMAN LLP
7 TIMES SQUARE
NEW YORK, NY 10036


SCL FOOD SALES, INC.
71 HAMPDEN RD., STE 100
MANSFIELD, MA 02048


SHINE DESIGN INC.
325 N MAPLE DRIVE, #1574
BEVERLY HILLS, CA 90213


SHINE&CO LLC
224 LITTLE BAY ROAD
NEWINGTON, NH 03801


SNACKWERKS OF MICHIGAN, LLC
180 EAST GOODALE AVE.
BATTLE CREEK, MI 49037


THE GIANNUZZI GROUP, LLP
411 WEST 14TH STREET, 4TH FLOOR
NEW YORK, NY 10014


TRANSWORLD SYSTEMS INC.
P.O. BOX 15618
AVONMORE, PA 15618


TRUECOMMERCE, INC.
400 NORTHPOINTE CIRCLE, STE 301
SEVEN FIELDS, PA 16046


VISTAR DIVISION OF PERFORMANCE
FOOD GROUP, INC.
12500 WEST CREEK PARKWAY
RICHMOND, VA 23230


W.B MASON
59 CENTRE STREET
BROCKTON, MA 02303


YOUTECH, LLC
2001 JUNIPERO SERRA BLVD., STE 400
DALY CITY, CA 94014
```